**JUDGE HIBBLER**

**MAGISTRATE JUDGE DENLOW**

**05CR 936**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

NOV 16 2005

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. |
| v. ) | |
| ) | Violation: Title 18, United States |
| TARIQ ALI ) | Code, Sections 844(e) and 876(c) |

**FILED**

JN NOV 16 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

<u>COUNT ONE</u>

The SPECIAL SEPTEMBER 2005-1 GRAND JURY charges:

On or about April 26, 2004, at Chicago, in the Northern District of Illinois, and elsewhere,

TARIQ ALI,

defendant herein, did willfully use the mail to make a threat concerning an alleged attempt to be made to kill and injure himself and others and unlawfully to damage and destroy property by means of an explosive, namely a bomb;

In violation of Title 18, United States Code, Section 844(e).

## COUNT TWO

The SPECIAL SEPTEMBER 2005-1 GRAND JURY further charges:

On or about April 26, 2004, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### TARIQ ALI,

defendant herein, knowingly deposited and caused to be delivered by the United States Postal Service, according to direction thereon, a communication addressed to C.T.A. – Human Resources, Merchandise Mart Plaza, P.O. Box 3555, Chicago, IL 60654, containing a threat to injure himself and others by committing a suicide bombing;

In violation of Title 18, United States Code, Section 876(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

TARIQ ALI

I N D I C T M E N T

Violations: Title 18, United States Code, Sections 844(e) and 876(c)

A true bill

_____
Foreman

Filed in open court this _____ day of NOV 1 6 2005 ,A.D. 20___

MICHAEL W. DOBBINS
Clerk

_____
Deputy Clerk

Bail, $ _____

PO 880.320