JUDGE HIBBLER

MAGISTRATE JUDGE DENLOW

# 05CR 936

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

# FILED

NOV 1 6 2005

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| TARIQ ALI | ) |

No.

Violation: Title 18, United States
Code, Sections 844(e) and 876(c)

# FILED

J N

NOV 1 6 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The SPECIAL SEPTEMBER 2005-1 GRAND JURY charges:

On or about April 26, 2004, at Chicago, in the Northern District of Illinois, Eastern Division

and elsewhere,

## TARIQ ALI,

defendant herein, did willfully use the mail to make a threat concerning an alleged attempt to be

made to kill and injure himself and others and unlawfully to damage and destroy property by means

of an explosive, namely a bomb;

In violation of Title 18, United States Code, Section 844(e).

## COUNT TWO

The SPECIAL SEPTEMBER 2005-1 GRAND JURY further charges:

On or about April 26, 2004, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### TARIQ ALI,

defendant herein, knowingly deposited and caused to be delivered by the United States Postal Service, according to direction thereon, a communication addressed to C.T.A. – Human Resources, Merchandise Mart Plaza, P.O. Box 3555, Chicago, IL 60654, containing a threat to injure himself and others by committing a suicide bombing;

In violation of Title 18, United States Code, Section 876(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

TARIQ ALI

# I N D I C T M E N T

Violations: Title 18, United States
Code, Sections 844(e) and
876(c)

A true bill

_____
                        Foreman

Filed in open court this _____ day of **NOV 1 6 2005** ___A.D. 20___

MICHAEL W. DOBBINS
                        Clerk

_____
                  Deputy Clerk

Bail, $ _____

PO 880.320