MHW

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
### EVERETT MCKINLEY DIRKSEN BUILDING
### UNITED STATES COURTHOUSE
### 219 S. DEARBORN
### CHICAGO ILLINOIS 60604

MICHAEL W. DOBBINS, CLERK
OFFICE OF THE CLERK

**FILED**
2-19-2008
FEB 19 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

January 31, 2008

Southern District of New York
120 Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007-1312

RE: UNITED STATES OF AMERICA -v- Tariq Ali
TRANSFERRING DISTRICT'S CASE NUMBER: 05 CR 936
RECEIVING DISTRICT'S CASE NUMBER: 08 CR 40 KMK

RECEIVED
FEB 13 2008
USDC-WP-SDNY
By Carlos Flores, Deputy Clerk

Dear Clerk:

Pursuant to Title 18, United States Code, Section 3653, Transfer of Jurisdiction of Supervise Release, enclosed are the following document(s):

ORIGINAL Probation Form 22 - Transfer of Jurisdiction

CERTIFIED Copy of Indictment/Information

CERTIFIED Copy of Judgment and Commitment Order, copy of amended judgment

CERTIFIED Copy of Docket Sheet

which I hereby certify are the originals filed in this Court on the above cause.

NOTE: Please refer to the CM Instruction sheet enclosed, to access additional documents filed in this case.

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

MICHAEL W. DOBBINS
*CLERK, U.S. DISTRICT COURT*
BY: Laura Springer, *DEPUTY CLERK*

DATE :